UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Sand Dollar Charters, LLC, Case No.: 6:21-bk-01957-LVV
Chapter 11

Debtor.
_______________________________/

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Aaron R. Cohen
P.O. Box 4218
Jacksonville, FL 32201
Telephone Number: (904) 389-7277
Email: acohen60@bellsouth.net

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

The meeting of creditors will be held telephonically on May 24, 2021 at 2:00 p.m. The telephone conference line is (877) 801-2055; the participant passcode is 8940738#.

Date: April 29, 2021

Respectfully Submitted,

Nancy J. Gargula
United States Trustee, Region 21

William J. Simonitsch
Assistant United States Trustee
Florida Bar Number: 422060
United States Department of Justice

Office of the United States Trustee
George C. Young Federal Building
400 W. Washington St., Suite 1100
Orlando, FL 32801
Telephone No.: (407) 648-6301, Ext. 121
Facsimile No.: (407) 648-6323
Email: William.J.Simonitsch@usdoj.gov

  */s/ Miriam G. Suarez*
Miriam G. Suarez, Trial Attorney
United States Department of Justice
Office of the United States Trustee
Florida Bar No.: 756105
George C. Young Federal Building
400 W. Washington Street, Suite 1100
Orlando, FL 32801
Telephone No.: (407) 648-6301, Ext. 126
Facsimile No.: (407) 648-6323
E-mail: Miriam.G.Suarez@usdoj.gov

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: CASE NO. 6:21-bk-01957-LVV
Chapter 11

SAND DOLLAR CHARTERS LLC,

Debtor.

---

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $295.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

DATED: April 29, 2021.

**AARON R. COHEN**
Post Office Box 4218
Jacksonville, Florida 32201
(904) 389-7277
acohen60@bellsouth.net
Florida Bar I.D. No. 558230
Subchapter V Trustee