UNITED STATES BANKRUPTY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In Re:<br><br>Sand Dollar Charters, LLC,<br><br>　　　　Debtor.<br><br>---<br><br>Sand Dollar Charters, LLC,<br><br>　　　　Movant.<br>v.<br><br>Mangrove Marine Properties, LLC<br>and Angelo M. Martin,<br><br>　　　　Respondents. | Case No. 6:21-bk-01957-LVV<br><br>Chapter 11<br><br>Related Doc. Nos. 27<br><br>Hearing Date and Time:<br>May 19, 2021 at 9:30 a.m. |

## **WRITTEN OBJECTIONS**

COMES NOW, MANGROVE MARINE PROPERTIES, LLC, Creditor/Landlord and ANGELO M. MARTIN, counsel for Creditor/Landlord (collectively "Respondents"), files their Written Objections and state as follows**:**

| Movant's Exhibit # | Document Description | Grounds for Objection | Ruling on Objection |
|---|---|---|---|
| 4 | Photographs of Key Largo Marina Dock Prior to Construction | FRE 401-403 – Relevance. Movant improperly proffers this Exhibit, which is not probative to the specific issue to be decided before the Court at the scheduled hearing, that is, whether the nonresidential lease was expired prior to the commencement of the State action and bankruptcy petition. Accordingly, Movant's proffer of this Exhibit exceeds the scope of the evidentiary hearing and is wholly irrelevant in assisting the trier of fact. | |
| 5 | Photograph of Key Largo Marina Dock After Construction Commenced | FRE 401-403 – Relevance. Movant improperly proffers this Exhibit, which is not probative to the specific | |

| | | issue to be decided before the Court at the scheduled hearing, that is, whether the nonresidential lease was expired prior to the commencement of the State action and bankruptcy petition. Accordingly, Movant's proffer of this Exhibit exceeds the scope of the evidentiary hearing and is wholly irrelevant in assisting the trier of fact. | |
|---|---|---|---|
| 6 | Photograph of Key Largo Marina Restaurant Dock | FRE 401-403 – Relevance. Movant improperly proffers this Exhibit, which is not probative to the specific issue to be decided before the Court at the scheduled hearing, that is, whether the nonresidential lease was expired prior to the commencement of the State action and bankruptcy petition. Accordingly, Movant's proffer of this Exhibit exceeds the scope of the evidentiary hearing and is wholly irrelevant in assisting the trier of fact. | |
| 9 | Screenshot of Text Messages Between Peter Thomson and Angelo Martin | FRE 408 – Compromise Offers and Negotiations. Movant improperly proffers this Exhibit, which reflects discussions between counsel regarding potential settlement of the dispute between the parties. Such evidence is inadmissible to prove or disprove the validity of a claim or to impeach a prior inconsistent statement. | |

Dated: May 17, 2021

Respectfully Submitted,

*s/Angelo M. Martin*
Angelo M. Martin, Esq.
Florida Bar No: 117040
COUNSELAW
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
P: 305.900.4029
F: 866.815.4469
angelo@counselawflorida.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 17, 2021, I electronically filed this document with the Clerk of the Court by using the CM/ECF system.

*s/Angelo M. Martin*
Angelo M. Martin, Esq.
Florida Bar No: 117040
COUNSELAW
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
P: 305.900.4029
F: 866.815.4469
angelo@counselawflorida.com
