

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/19/2021 09:30 AM

COURTROOM  6C, 6th Floor

**HONORABLE LORI VAUGHAN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:21-bk-01957-LVV** | **11** | **04/28/2021** |

**Chapter 11**

**DEBTOR:**   Sand Dollar Charters, LLC

**DEBTOR ATTY:**  Sy Lampl

**TRUSTEE:**  Aaron Cohen

**HEARING:**

1) TRIAL
Expedited Motion by Debtor to Impose Automatic Stay (Enforce Automatic Stay), in addition to Expedited Motion For Sanctions for Violation of the Automatic Stay under 11 U.S.C. Sec. 362(k).   (Doc #18)
Supplement to Motion: Lease Agreement (Doc #30)
Response by Mangrove Marine Properties, LLC to Expedited Motion to Enforce Automatic Stay, to Vacate Order of Court and for Sanctions (Doc #21)
Mangrove's Witness List (Doc #31)
Debtor's Witness List (Doc #33)
2) Second Amended Application to Employ Robert O Lampl and Peter H. Thomson as Counsel for the Debtor (Doc #37)
Limited Objection by UST Debtor's Dual Applications to Employ Robert O. Lampl and Peter H. Thomson as Co-Counsels (Doc #32)
~3) Motion by Debtor for Authority to Maintain Pre-Petition Bank Accounts (Doc #35)
Note: SubV - Plan due 7/27/21
Case Mgmt Summary (Doc #29)
Schedules filed 5/13/21 (doc #34)
341 scheduled 5/24/21 at 2pm
Initial Status Conf scheduled 6/2/21 at 1:30pm

**APPEARANCES:**:
Robert Lampl & Sy Lampl: Debtor; Pete Thompson: Debtor local counsel; Bryan Buenaventura: UST; Aaron Cohen: SubV Trustee; Angelo Martin: Mangrove Marine Properties

 **RULING:**
1) TRIAL

Expedited Motion by Debtor to Impose Automatic Stay (Enforce Automatic Stay), in addition to Expedited Motion For Sanctions for Violation of the Automatic Stay under 11 U.S.C. Sec. 362(k).   (Doc #18)   - Supplement to Motion: Lease Agreement (Doc #30) - Response by Mangrove Marine Properties, LLC to Expedited Motion to Enforce Automatic Stay, to Vacate Order of Court and for Sanctions   (Doc #21) - Parties have reached an agreement and will be filing a Motion to Approve Compromise and Motion to Dismiss. Both Motions to be noticed for 5/26/2021 at 10:00am by Lampl.

2) Second Amended Application to Employ Robert O Lampl and Peter H. Thomson as Counsel for the Debtor   (Doc #37)   - Limited Objection by UST Debtor's Dual Applications to Employ Robert O. Lampl and Peter H. Thomson as Co-Counsels   (Doc #32) - Continued to 5/26/2021 at 10:00am (AOCNFNG)

~3) Motion by Debtor for Authority to Maintain Pre-Petition Bank Accounts   (Doc #35)   - Continued to 5/26/2021 at 10:00am (AOCNFNG)

(aj)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.